IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT TOPEKA

| | |
|---|---|
| MAVERICK RECORDING CO., ET AL.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MICHELLE DESIREE OLSON,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 05-04026-SAC-KGS<br>)<br>)<br>) |

**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

　　Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

　　1.　　Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Four Thousand Five Hundred Dollars ($4,500.00).

　　2.　　Defendant shall pay Plaintiffs' costs of suit herein in the amount of Three Hundred and Twenty Three Dollars ($323.00).

　　3.　　Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

　　C　　"Thomas," on album "Mer De Noms," by artist "A Perfect Circle" (SR# 281-642);

　　C　　"All You Wanted," on album "The Spirit Room," by artist "Michelle Branch" (SR# 303-732);

　　C　　"Ava Adore," on album "Adore," by artist "Smashing Pumpkins" (SR# 261-479);

　　C　　"My Own Summer," on album "Around The Fur," by artist "Deftones" (SR# 244-493);

　　C　　"The Way You Like It," on album "Adema," by artist "Adema" (SR# 302-233);

1

C        "High and Dry," on album "The Bends," by artist "Radiohead" (SR# 280-260);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

Dated:  May 25, 2005                    s/ Sam A. Crow
                                        Hon. Sam Crow
                                        United States District Senior Judge


Prepared by:

**BRYAN CAVE LLP**

By: /s/ James D. Lawrence
    Lynn S. McCreary, KS #16658
    James D. Lawrence, D. Kan. #77796
    1200 Main Street, Ste. 3500
    Kansas City, MO  64105-2100
    (816) 374-3200 (telephone)
    (816) 374-3300 (facsimile)

ATTORNEYS FOR PLAINTIFFS